AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RICK A. SLORP,**

        **Plaintiff,**

                           **JUDGMENT IN A CIVIL CASE**

**v.**

**LERNER, SAMPSON &**           **CASE NO.  2:12-cv-498**
**ROTHFUSS, et al.,**                 **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed March 8, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date: March 8, 2013                               JOHN P. HEHMAN, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk