# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 27, 2014

Mr. John P. Hehman
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

Re: Case No. 13-3402, *Rick Slorp v. Lerner, Sampson & Rothfuss, et al*
Originating Case No. : 2:12-cv-00498

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc:  Mr. Rick D. DeBlasis
Mr. Troy John Doucet
Ms. Cynthia M. Fischer
Ms. Kimberlee Shay Rohr
Mr. James W. Sandy
Brad Jonathon Terman
Mr. James S. Wertheim

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 13-3402

_____

Filed: October 27, 2014

RICK A. SLORP

       Plaintiff - Appellant

v.

LERNER, SAMPSON & ROTHFUSS; BANK OF
AMERICA, N.A.; SHELLIE HILL; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

       Defendants - Appellees.

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 09/29/2014 the mandate for this case hereby

issues today.

COSTS:  None